**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00473-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAMES ROBERT TAUBR,

      Defendant.

---

**MINUTE ORDER**[1]

---

      On **July 6, 2010**, commencing at 9:00 a.m., the court shall conduct a revocation of supervised release hearing. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

      Dated: May 7, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.