IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 08-cr-00473-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES ROBERT TAUBR,

    Defendant.

---

## MINUTE ORDER[1]

---

After conferring with the parties on August 13, 2010, and with their consent

**IT IS ORDERED** as follows:

    1. That on **September 17, 2010**, commencing at 8:00 a.m., the court shall conduct a status conference in this matter; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: August 13, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.