# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00473-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES ROBERT TAUBR,

    Defendant.

## MINUTE ORDER[1]

On September 17, 2010, the court conducted a setting conference with defense counsel and the probation department appearing in chambers, and counsel for the government by telephone. After conferring with the parties and with their consent

**IT IS ORDERED** as follows:

1. That on **October 22, 2010**, commencing at 9:00 a.m., the court shall conduct a supervised release violation hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: September 17, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.