# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00473-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES ROBERT TAUBR,

    Defendant.

## MINUTE ORDER[1]

On **June 24, 2011**, commencing at 9:00 a.m., the court shall conduct at review of supervised release. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: February 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.